UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC., a Delaware corporation, AMAZON.COM SERVICES LLC, a Delaware limited liability company, QUINCY BIOSCIENCE LLC, a Wisconsin limited liability company, PREVAGEN INC., a Wisconsin corporation,<br><br>     Plaintiffs,<br><br> v.<br><br>NELSON KAMWARO NYUTU, a Kenyan individual, A2X LLC, a Colorado limited liability company, A2X LTD., a Kenyan private limited company, JAMES JOSHUA KIMANI, a Kenyan individual, MOSES KAMAU MWANGI, a Kenyan individual, EZEKIEL DAVIDS NJUGUNA, a Kenyan individual, PETER JERRY JOHNSON, a Kenyan individual, JAMES MWASI MWADELE, a Kenyan individual, ALEX LEMISO NAIMODU, a Kenyan individual, DAVID MAGU KIBE, a Kenyan individual, DOES 1-10,<br><br>     Defendants. | CASE NO. 2:23-cv-1681<br><br>ORDER OF REFERRAL |

ORDER OF REFERRAL - 1

The Court issues this order in response to Plaintiffs' ex parte motion for expedited discovery. Dkt. No. 10. Consistent with <u>In re Amazon Counterfeit Enforcement Litigation</u>, General Order 03-23 (Mar. 7, 2023), the Court REFERS all issues related to service of Defendants to the Magistrate Judges designated by General Order 03-23.

Dated this 9th day of February, 2024.

Jamal N. Whitehead
United States District Judge

ORDER OF REFERRAL - 2