1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC, *et al.*,

              Plaintiffs,

    v.

NELSON KAMWARO NYUTU, *et al.*,

              Defendants.

Case No. C23-1681-JNW-MLP

ORDER

This matter is before the Court on Plaintiffs Amazon.com Inc., Amazon.com Services LLC, Quincy Bioscience LLC, and Prevagen Inc.'s (collectively, "Plaintiffs") *Ex Parte* Motion to Extend Time to Serve Complaint. (Mot. (dkt. # 19).) The Court finds good cause to grant a three-month extension of time to serve Defendants. While service is currently due June 26, 2024, Plaintiffs expect key documents from Court-authorized expedited discovery to be produced around June 28, 2024. (Commerson Decl. (dkt. # 20) at ¶ 6; *see* dkt. ## 15, 18.) Plaintiffs anticipate the documents will enable them to identify additional Defendants, file an amended complaint, and serve Defendants. (Mot. at 5.) Moreover, Plaintiffs' discovery thus far indicates all Defendants are located in Kenya. (Commerson Decl. at ¶ 7.) Under the Federal Rules of Civil

Procedure, the requirement to serve a defendant within 90 days of filing a complaint does not apply to defendants located outside of the United States. Fed. R. Civ. P. 4(m).

Accordingly, it is hereby ORDERED that Plaintiffs' Motion (dkt. # 19) is GRANTED. Plaintiffs' deadline to serve Defendants with a complaint and summonses, or to move for alternative service, is extended by three (3) months to **September 26, 2024**. The Clerk is directed to send copies of this order to the parties and to the Honorable Jamal N. Whitehead.

Dated this 26th day of June, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2