UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM INC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> NELSON KAMWARO NYUTU, *et al.*, <br><br> Defendants. | Case No. C23-1681-JNW-MLP <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

This matter has been referred to Judge Peterson for "issues related to service of Defendants[.]" (Dkt. # 13.) On August 30, 2024, Plaintiffs filed a First Amended Complaint against Defendants Nelson Kamwaro Nyutu, Jattani Adan Noor, A2X Ltd., A2X LLC, EMB Imports LLC, and Does 1-10. (Am. Compl. (dkt. # 22) at ¶¶ 11-16.) On September 17 and 19, Plaintiffs filed affidavits of service on A2X LLC and EMB Imports LLC. (Dkt. ## 25-26.) On September 20, 2024, Plaintiffs filed an *ex parte* motion to extend time to serve the First Amended Complaint on the remaining named Defendants: Mr. Nyutu, Mr. Noor, and A2X Ltd. (Dkt. # 27 at 1-2.) Since then, Plaintiffs have filed affidavits of service on these remaining

MINUTE ORDER - 1

named Defendants. (Dkt. ## 29-31.) Accordingly, Plaintiffs Motion (dkt. # 27) is DENIED as moot.

Plaintiffs have now filed affidavits of service on all named Defendants. (Dkt. ## 25-26, 29-31.) The Court thus anticipates terminating the referral to Judge Peterson. Accordingly, Plaintiffs are ORDERED to file a status report by **October 10, 2024**, addressing whether Plaintiffs expect to identify and serve any Doe Defendants and whether any other service issues remain or are anticipated.

Dated this 7th day of October, 2024.

Ravi Subramanian  
Clerk of Court

By: Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2