The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM, INC., a Delaware
corporation; AMAZON.COM SERVICES LLC,
a Delaware limited liability company; QUINCY
BIOSCIENCE, LLC, a Wisconsin limited
liability company; and PREVAGEN, INC., a
Wisconsin corporation,

                  Plaintiffs,

    v.

NELSON KAMWARO NYUTU, a Kenyan
individual; JATTANI ADAN NOOR, a Kenyan
individual; A2X LLC, a Colorado limited
liability company; EMB IMPORTS LLC, a
Colorado limited liability company; A2X LTD.,
a Kenyan private limited company; and DOES
1-10,

                  Defendants.

No. 2:23-cv-01681-JNW

**ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

THIS MATTER came before the Court on the *Ex Parte* Motion to File Over-length

Motion for Default Judgment and Permanent brought by Plaintiffs Amazon.com, Inc.,

Amazon.com Services LLC, Quincy Bioscience, LLC, and Prevagen, Inc. (collectively,

"Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered the

Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment

and permanent injunction not to exceed 8,300 words.

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 1
(2:23-cv-01681-JNW)

1

2          SO ORDERED this 30th day of January, 2025.

3

4

5

6                                          Jamal W.

7                                          Jamal N. Whitehead
                                           United States District Judge

8

9

10

11

12    Presented by:

13    DAVIS WRIGHT TREMAINE LLP
      *Attorneys for Plaintiffs*

14

15    *s/ Scott Commerson*
      Scott Commerson, WSBA #58085

16    350 South Grand Avenue, 27th Floor
      Los Angeles, CA 90071-3460

17    Tel: (213) 633-6890
      Fax: (213) 633-6899

18    Email: scottcommerson@dwt.com

19

20

21

22

23

24

25

26

27

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION TO FILE OVER-LENGTH MOTION - 2                    Davis Wright Tremaine LLP
(2:23-cv-01681-JNW)                                         920 Fifth Avenue, Suite 3300
                                                              Seattle, WA  98104-1640
                                                    206.622.3150 main · 206.757.7700 fax