# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>NELSON KAMWARO NYUTU, et al.,<br><br>　　　　　Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C23-1681 JNW |

\_\_　　**Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X　　**Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' Motion for Default Judgment is GRANTED and DEFAULT JUDGMENT is ENTERED in Plaintiffs' favor; Plaintiffs Prevagen, Inc. and Quincy Bioscience, LLC are AWARDED $1,526,815 in damages against Defendants, jointly and severally; Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC are AWARDED $368,560.40 in damages against Defendants, jointly and severally; and Defendants are PERMANENTLY ENJOINED on the terms set forth in the Court's Order on the Motion for Default Judgment.

Dated April 2, 2025.

                                    Ravi Subramanian
                                    Clerk of Court

                                    s/ Kathleen Albert
                                    Deputy Clerk