AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Western District of Washington__ on the following

☒ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:23-cv-01681 | DATE FILED<br>11/2/2023 | U.S. DISTRICT COURT<br>Western District of Washington |
|---|---|---|
| PLAINTIFF<br>AMAZON.COM, INC., a Delaware corporation, et al. | | DEFENDANT<br>NELSON KAMWARO NYUTU, a Kenyan individual, et al. |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 3,349,744 | 12/4/2007 | Quincy Bioscience, LLC |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Judgment Entered on 4/2/2025. Plaintiffs' Motion for Default Judgment is GRANTED and DEFAULT JUDGMENT is ENTERED in Plaintiffs' favor; Plaintiffs Prevagen, Inc. and Quincy Bioscience, LLC are AWARDED $1,526,815 in damages against Defendants, jointly and severally; Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC are AWARDED $368,560.40 in damages against Defendants, jointly and severally; and Defendants are PERMANENTLY ENJOINED on the terms set forth in the Court's Order on the Motion for Default Judgment. |

| CLERK<br>Ravi Subramanian | (BY) DEPUTY CLERK<br>/s/ Kathleen Albert | DATE<br>4/2/2025 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy